UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eastern Funding, LLC, etc.<br><br>                    Plaintiff(s)<br>v.<br><br>Triple J Industries, etc. et. al.,<br><br>                    Defendant(s) | CASE No C 25-cv-02228HSG<br><br>STIPULATION AND [PROPOSED]<br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☒ **Mediation** (ADR L.R. 6)

☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☐ **Private ADR** (*specify process and provider*)

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

☒ other requested deadline: 120 days rather than 90 days

Date: June 10, 2025        /s/ Andrew K. Alper
                           Attorney for Plaintiff
Date: June 10, 2025        /s/ Eric Gravel
                           Attorney for Defendant

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: 6/11/2025                 *Haywood S. Gilliam Jr.*
                                U.S. DISTRICT JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

Form ADR-Stip rev. 1-15-2019

## PROOF OF SERVICE

**Eastern Funding LLC v. Triple J Industries, etc., et al**
**Case No. 25-cv-0222-LB**

I, the undersigned, declare and certify as follows:

I am over the age of eighteen years, not a party to the within action and employed in the County of Los Angeles, State of California. I am employed in the office of Frandzel Robins Bloom & Csato, L.C., members of the Bar of the above-entitled Court, and I made the service referred to below at their direction. My business address is 1000 Wilshire Boulevard, Nineteenth Floor, Los Angeles, CA 90017-2427.

On June 10, 2025, I served true copy(ies) of the **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**, the original(s) of which is(are) affixed hereto. to the party(ies) on the attached service list.

| | |
|---|---|
| Eric Joseph V Gravel | Tel (650) 931-6000 |
| Law Offices of Eric Gravel | Fax (650 931-6424 |
| 1390 Market St., Ste. 200 | Email: egravel@egravellaw.com |
| San Francisco, CA 94102 | |
| | Attorney for Defendants |

**BY MAIL:** I placed the envelope for collection and mailing at Los Angeles, California. The envelope was mailed with postage fully prepaid via First Class Mail. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused said document(s) to be transmitted by electronic mail. This service may be based on a court order, Code of Civil Procedure 1010.6, or an agreement among the parties to accept service by email. The name(s) and e-mail addresses of the person(s) served are set forth in the above service list. The document(s) were transmitted by electronic transmission and without error from the following email address: rsantamaria@frandzel.com.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on June 10, 2025, at Los Angeles, California.

_____
Rebecca Santamaria