Eric J. Gravel - State Bar No. 256672
Law Offices of Eric J. Gravel
1390 Market St, Suite 200
San Francisco, CA 94102
Tel: (650) 931-6000
ctnotices@gmail.com

Attorney for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EASTERN FUNDING LLC, a subsidiary of Brookline Bank, a Delaware limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TRIPLE J INDUSTRIES LLC, a California limited liability company, TRIPLE J LAUNDROMAT LLC, is a California limited liability company, SPARKLE CLEAN LAUNDROMAT LLC, a California limited liability company; DANIEL LEE, an individual; and CHOU YI CHAO, an individual,<br><br>　　　　　Defendants | Case No: 25-cv-02228 HSG<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER (as modified)** |

　　Plaintiff Eastern Funding LLC and Defendants, Triple J Industries LLC, Triple J Laudromat, Sparkle Clean Laundromat, Daniel Lee and Chou Yi Chao, by and through their respective counsel of record, hereby stipulate and agree as follows:

1. The Court has scheduled a Case Management Conference for January 13, 2026 at 2:00 p.m.

2. Counsel for the parties have met and conferred and jointly request that the Case Management Conference be continued to **January 20, 2026 at 2:00 p.m.**

3. The requested continuance is brief, unopposed, and sought in good faith.

4. The requested continuance will not prejudice any party and will aid the parties in efficiently preparing for the Case Management Conference.

DATED: January 12, 2026                    LAW OFFICES OF ERIC J. GRAVEL

                                           By:   /s/ *Eric J. Gravel*
                                                 ERIC J. GRAVEL
                                                 Attorneys for Defendants

DATED: January 12, 2026                    FRANDZEL, ROBINS BLOOM & CSATO, L.C.

                                           By:   /s/ Andrew J. Alper
                                                 ANDREW K. ALPER
                                                 Attorneys for Plaintiff Eastern Funding, LLC

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The Court having considered the parties' Stipulation, and good cause appearing, IT IS HEREBY ORDERED:

1. The **Case Management Conference currently set for January 13, 2026 at 2:00 p.m. is CONTINUED**.

2. The Case Management Conference shall take place on **January 20, 2026 at 2:00 p.m.**, before the Honorable **Haywood S. Gilliam, Jr.**  The Zoom information and instructions remain the same as previously provided in docket no. 11.

All other dates and deadlines remain unchanged unless otherwise ordered by the Court.

IT IS SO ORDERED.

Dated:  1/12/2026

Hon. Haywood S. Gilliam, Jr.
United States District Judge