Andrew K. Alper (State Bar No. 088876)
aalper@frandzel.com
Christopher D. Crowell (State Bar No. 253103)
ccrowell@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Plaintiff
EASTERN FUNDING, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EASTERN FUNDING LLC, a subsidiary of Brookline Bank, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TRIPLE J INDUSTRIES LLC, a California limited liability company; TRIPLE J LAUNDROMAT LLC, a California limited liability company; SPARKLE CLEAN LAUNDROMAT LLC, a California limited liability company; DANIEL LEE, an individual; and CHOU YI CHAO, an individual,<br><br>Defendants. | Case No. 4:25-cv-02228-HSG<br><br>**ORDER ON REQUEST BY COUNSEL ANDREW K. ALPER TO APPEAR REMOTELY FOR HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (as modified)**<br><br><u>Hearing</u><br>Date:   February 26, 2026<br>Time:   1:00 p.m.<br>Place:   Courtroom 2<br>         1301 Clay Street<br>         Oakland, CA 94612 |

Case No. 4:25-cv-02228-HSG

ORDER

The Court having reviewed and considered the Request by Andrew K. Alper, Counsel for Plaintiff Eastern Funding, LLC to appear remotely for the hearing on Motion for Summary Judgment scheduled for February 26, 2026 in the above-entitled Courts, rules as follows:

IT IS HEREBY ORDERED that Plaintiff's Request is GRANTED. Andrew K. Alper can appear via the zoom webinar.  The Zoom information and instructions remain the same as previously provided in docket no. 11.

DATED:  2/23/2026

_____
Honorable Haywood S. Gilliam, Jr.
United States District Court Judge

Case No. 4:25-cv-02228-HSG

ORDER