Eric J. Gravel - State Bar No. 256672
Law Offices of Eric J. Gravel
1390 Market St, Suite 200
San Francisco, CA 94102
Tel: (650) 931-6000
ctnotices@gmail.com

Attorney for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EASTERN FUNDING LLC, a subsidiary of Brookline Bank, a Delaware limited liability company, | Case No: 25-cv-02228 HSG |
| Plaintiff, | Hon. Haywood S. Gilliam, Jr. |
| v. | Hearing<br>Date: February 26, 2026<br>Time: 1:00 p.m.<br>Place: Courtroom 2<br>1301 Clay Street<br>Oakland, CA 94612 |
| TRIPLE J INDUSTRIES LLC, a California limited liability company, TRIPLE J LAUNDROMAT LLC, is a California limited liability company, SPARKLE CLEAN LAUNDROMAT LLC, a California limited liability company; DANIEL LEE, an individual; and CHOU YI CHAO, an individual, | **ORDER (as modified)** |
| Defendants | |

**ORDER GRANTING ADMINISTRATIVE REQUEST TO APPEAR BY ZOOM.** The

Administrative Request for Permission to Appear by Zoom is **GRANTED**.

Counsel Eric J. Gravel may appear via the Zoom webinar at the February 26, 2026 hearing

on Plaintiff's Motion for Summary Judgment. The Zoom information and instructions remain

the same as previously provided in docket no. 11.

IT IS SO ORDERED.

Dated: 2/23/2026

HON. HAYWOOD S. GILLIAM, JR.

United States District Judge