Eric J. Gravel - State Bar No. 256672
Law Offices of Eric J. Gravel
1390 Market St, Suite 200
San Francisco, CA 94102
Tel: (650) 931-6000
ctnotices@gmail.com

Attorney for Defendants

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EASTERN FUNDING LLC, a subsidiary of Brookline Bank, a Delaware limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> TRIPLE J INDUSTRIES LLC, a California limited liability company, TRIPLE J LAUNDROMAT LLC, is a California limited liability company, SPARKLE CLEAN LAUNDROMAT LLC, a California limited liability company; DANIEL LEE, an individual; and CHOU YI CHAO, an individual, <br><br> Defendants | Case No: 25-cv-02228 HSG <br><br> Hon. Haywood S. Gilliam, Jr. <br><br> Hearing <br> Date: February 26, 2026 <br> Time: 1:00 p.m. <br> Place: Courtroom 2 <br> 1301 Clay Street <br> Oakland, CA 94612 |

**DEFENDANT'S ADMINISTRATIVE MOTION TO ADDRESS NON-APPEARANCE AT FEBRUARY 26, 2026 HEARING AND REQUEST TO RESET HEARING; ORDER**

Pursuant to Civil Local Rule 7-11, Defendant respectfully submits this Administrative Motion to address counsel's non-appearance at the hearing on Plaintiff's Motion for Summary Judgment scheduled for February 26, 2026 at 1:00 p.m., and to request that the hearing be reset so that Defendant may be heard.

**I. INTRODUCTION**

Defendant's counsel timely appeared via Zoom for the February 26, 2026 hearing before the Honorable Haywood S. Gilliam, Jr. Counsel logged into the Court's designated Zoom link before 1:00 p.m. and remained connected until approximately 2:30 p.m. During that time, the

Zoom screen displayed the message: "Recurring Meeting for Judge Gilliam — Waiting for the host to start this meeting." The meeting was never opened to allow entry.

Counsel did not receive any alternate Zoom link, password update, or notification that the hearing would proceed through a different connection.

Counsel later learned from opposing counsel that the hearing proceeded without Defendant's participation.

Defendant respectfully submits that the non-appearance was not intentional and resulted from an apparent Zoom access issue. Defendant requests that the Court reset the hearing so that Defendant may be heard on the merits of the pending Motion for Summary Judgment.

**II. DECLARATION OF COUNSEL**

I, Eric Gravel, declare as follows:

1. I am counsel of record for Defendant in this action.

2. A hearing on Plaintiff's Motion for Summary Judgment was scheduled for February 26, 2026 at 1:00 p.m. before Judge Gilliam.

3. I logged into the Court's Zoom hearing link prior to 1:00 p.m.

4. Upon logging in, the Zoom screen displayed: "Recurring Meeting for Judge Gilliam — Waiting for the host to start this meeting."

5. I remained connected and waiting until approximately 2:30 p.m.

6. At no time was I admitted into a live proceeding.

7. I did not receive any alternate link, updated connection information, or communication indicating that the hearing was proceeding through a different Zoom session.

8. After 2:30 p.m., I learned from opposing counsel that the hearing had proceeded.

9. I would not have failed to appear at a dispositive motion hearing intentionally.

10. I respectfully submit this motion immediately upon learning that the hearing occurred without my participation.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: February 26, 2026

Eric Gravel

**III. REQUEST FOR RELIEF**

Defendant respectfully requests that:

1. The Court reset the hearing on Plaintiff's Motion for Summary Judgment;

2. To the extent any ruling was made in Defendant's absence, Defendant be permitted an opportunity to be heard prior to final disposition; and

3. The Court grant such other relief as it deems just and proper.

Defendant submits this request in good faith and with respect for the Court's time and procedures.

Dated: February 26, 2026

Respectfully submitted,

/s/ *Eric J. Gravel*
Eric J. Gravel
LAW OFFICES OF ERIC J. GRAVEL
Attorney for Defendants Triple J Industries, Triple J Laundromat, Sparkle Clean Laundromat, Daniel Lee, Chou Yi Chaeo
1390 Market St, Suite 200
San Francisco, CA 94102
egravel@egravellaw.com

DATED:  2/27/2026



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
DENIED
Judge Haywood S. Gilliam Jr.