Andrew K. Alper (State Bar No. 088876)
aalper@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Plaintiff Eastern Funding, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| EASTERN FUNDING LLC, a subsidiary of Brookline Bank, a Delaware limited liability company,<br><br>          Plaintiff,<br><br>     v.<br><br>TRIPLE J INDUSTRIES LLC, a California limited liability company, TRIPLE J LAUNDROMAT LLC, is a California limited liability company, SPARKLE CLEAN LAUNDROMAT LLC, a California limited liability company; DANIEL LEE, an individual; and CHOU EYE CHAO, an individual,<br><br>          Defendants. | Case No. 4:25-cv-02228-HSG<br><br>Hon. Haywood S. Gilliam, Jr.<br><br>**JUDGMENT PURSUANT TO STIPULATION FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF EASTERN FUNDING, LLC, AND AGAINST DEFENDANTS TRIPLE J INDUSTRIES LLC., TRIPLE J. LAUNDROMAT LLC,, AND SPARKLE CLEAN LAUNDROMAT LLC** |

Plaintiff Eastern Funding, LLC (hereinafter "Plaintiff") and Defendants Triple J. Industries LLC, a California limited liability company ("Triple J"), Triple J Laundromat LLC, a California limited liability company ("Triple J Laundromat") and Sparkle Clean Laundromat LLC, a California limited liability company ("Sparkle Clean") (Triple J, Triple J Laundromat and Sparkle Clean are collectively referred to hereinafter as "Defendants") having signed a written Stipulation for Entry of Judgment in Favor of Plaintiff Eastern Funding, LLC and Against the Defendants

Sparkle Clean, Triple J and Triple J Laundromat ("the Stipulation") and the Stipulation having been filed concurrently herewith, the Court orders the following judgment pursuant to the Stipulation:

**IT IS ORDERED, ADJUDGED AND DECREED** that judgment shall be entered in favor of Plaintiff and against Defendants Triple J. Industries LLC, a California limited liability company, Triple J Laundromat LLC, a California limited liability company and Sparkle Clean Laundromat LLC, a California limited liability company jointly and severally in the sum of $1,072,142.59 together with interest at the legal rate from and after the date Judgment is entered.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff is entitled to a Judgment for Claim and Delivery and for possession of the following items of personal property as against Defendants, and each of them:

| | |
|---|---|
| 1 | Electrolux stack gas dryer |
| 1 | Electrolux 45 1b. washer |
| 5 | Electrolux 30 1b. washer |
| 7 | Electrolux Coin Boxes |
| 57 | F2 Readers |
| 1 | SAP |
| 1 | FC Hosting |
| 1 | Management Cards |
| 79 | F2 Readers |
| 2 | SAP |
| 1 | FC Hosting |
| 1 | Management Cards |
| 6 | Kiosk |
| 25 | F2 Readers |
| 1 | SAP |
| 1 | Management Cards |
| 9 | Wascomat/Electrolux 18 lb. Washers |
| 2 | Wascomat/Electrolux 60 lb. Washers |
| 11 | Coin Boxes |
| | Beverage Air 5 foot undercounter 2-door refrigerator |
| | Atosa 4 foot 2-door refrigerated sandwich prep table |
| | True 2-door upright beverage refrigerator |
| | La Pavoni 2-handle espresso machine |
| | Mazzer electric espresso bean grinder |
| | Curtis hot water tower |
| | Fetco commercial coffee maker |
| | Grindmaster commercial coffee grinder |
| 2 | Luxus commercial coffee urn/dispensers |
| 2 | stainless steel shelves 3 foot/6 foot |
| 2 | stainless steel tables 3 foot/5 foot |
| | Stainless steel handwashing sink |

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

|    | Stainless steel prep washing station w/sprayer |
|----|----|
|    | Stainless steel 3-compartment sink w/sprayer |
| 2  | Hot spot portable cooking burners |
|    | Sharp 60 inch HD television |
| 12 | steel frame chairs and 5 steel frame bar stools |
| 12 | cafe tables |
|    | Waring Panini Grill |
|    | Krups Waffle Iron |
|    | All Led Signage and Menu Boards |
|    | All cutlery and kitchen utensils/accessories |
|    | Edgestar undercounter refrigerator for cold brew kegs, two 5 gallon kegs included |
| 7  | 27 lb. capacity Speed Queen Washers |
| 2  | 50 lb. capacity Speed Queen Washers |
| 16 | 22 lb. capacity Wascomat Crossover Washers |
| 2  | 47 lb. capacity Wascomat Washers |
| 1  | 62 lb. capacity Wascomat Washer |
| 20 | 30 lb. capacity Electrolux Dryers |
| 9  | Laundry Carts |
| 1  | Vendrite Wall Mounted Laundry Product Dispenser |

together with all of the Defendants' assets including all machinery, equipment, furniture, fixtures, inventory (raw materials, work-in progress, finished goods and supplies),motor vehicles leases, finished goods and supplies, contract rights, claims, causes of action, accounts receivable, and any and all tangible and intangible assets and other real and/or person property owned by Industries and all cash and non- cash proceeds thereon (collectively the "Collateral").

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Defendants, and each of them, admit liability to Plaintiff in the amount set forth above and for Claim and Delivery and recovery of possession of the Collateral as set forth above.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Findings of Fact and Conclusions of Law are hereby waived.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Defendants waive notice of entry of judgment and notice of hearing re: entry of judgment and Judgment may be entered on an ex parte application of Plaintiff without notice to Defendants.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

may file any and all copies of exhibits attached to the Complaint at the time the Judgment is entered in lieu of original and that this Stipulation Entry of Judgment may be executed in counterpart and with facsimile or electronic signatures and thereafter filed with the Court as if this Stipulation for Entry of Judgment was executed with original signatures and all counterparts shall be considered to be one document.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff and Defendants, and each of them, waive their right to appeal, waive their right to bring any motions for a new trial, and waive any and all rights they may have to set aside or overturn any Judgment entered on this Stipulation.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff is entitled to any and all post judgment attorney's fees and costs as allowed by law as a result of its contractual right to attorney's fees and costs set forth in the contract upon which this action is based.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that should Plaintiff recover any of the Collateral it will have to liquidate such Collateral in a commercially reasonable manner and apply the net proceeds to the amount of the Judgment set forth herein by way of Partial Satisfaction of Judgment.

DATED:   6/4/2026

Hon. HAYWOOD S. GILLIAM, JR.,
UNITED STATES DISTRICT COURT
JUDGE

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000